# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| United State of America | ) | |
| v. | ) | Case No: CR-06-248-L |
| Deondre Shawn Cooper | ) | USM No: 16424-064 |

Defendant's Attorney: Susan M. Otto

Date of Previous Judgment: May 31, 2007
(Use Date of Last Amended Judgment if Applicable)

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the ☒ defendant ☐ Director of the Bureau of Prisons ☐ the court under 18 U.S.C. 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐      DENIED.
☒      GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 97 months on Counts 16 and 17, the terms to run concurrently, **is reduced to 78 months on Count 16 and Count 17, the terms to run concurrently.**

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 28 | Amended Offense Level:  26 |
| Criminal History Category: III | Criminal History Category:  III |
| Previous Guideline Range: 97 to 121 months | Amended Guideline Range:  78 to 97 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒   The reduced sentence is within the amended guideline range.

☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment filed June 4, 2007 (Doc. No. 727) shall remain in effect.

**IT IS SO ORDERED** this 10th day of November, 2008**.**

Effective Date:  November 10, 2008.

_Tim Leonard_
TIM LEONARD
United States District Judge